UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Anthony Posey,

           Petitioner

v.

Ronald Oliver,

           Respondent

Case No. 2:24-cv-01123-CDS-BNW

Order Denying Renewed Motion to Proceed *in Forma Pauperis* and Extending Time to Pay Filing Fee

[ECF No. 9]

On June 26, 2024, I entered an order giving the petitioner, Anthony Posey, 30 days to have the filing fee of $5.00 sent to the Clerk. ECF No. 8. The order advised him that failure to comply would result in the dismissal of this action without further notice. Posey has not paid the filing fee, but he has filed another motion to proceed *in forma pauperis.* ECF No. 9.

Because the renewed motion contains the same account statement and financial certificate as the prior motion, it will also be denied. In the event Posey misunderstood my prior order requiring payment of the filing fee, I will allow him an additional 20 days to comply with the order.

IT IS THEREFORE ORDERED that Posey's renewed application to proceed *in forma pauperis* **[ECF No. 9] is DENIED**. Posey has until **August 19, 2024** to have the filing fee of $5.00 sent to the Clerk of Court. Failure to comply by that date will result in the dismissal of this action.

IT IS FURTHER ORDERED that the law librarian is to provide Posey two copies of this order. Posey is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

Dated: July 29, 2024

                                        _____
                                        Cristina D. Silva
                                        United States District Judge