UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Anthony Posey, | Case No. 2:24-cv-01123-CDS-BNW |
| Petitioner | Order Dismissing Case for Failure to Pay Filing Fee and Denying Pending Motions as Moot |
| v. | |
| Ronald Oliver, | |
| Respondent | [ECF Nos. 5, 11] |

On July 29, 2024, I entered an order giving petitioner Anthony Posey until August 19, 2024, to pay the $5.00 filing fee for this habeas corpus action. ECF No. 12. Posey has neither complied with that order nor requested an extension of time within which to do so. Thus, I will dismiss this action. Reasonable jurists would not find this decision to be debatable or wrong, so I will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice for petitioner's failure to comply with my order requiring payment of the filing fee. The Clerk of the Court is directed to enter judgment accordingly and close this case.

IT IS FURTHER ORDERED that no certificate of appealability will issue.

IT IS FURTHER ORDERED that petitioner's motions for appointment of counsel **[ECF Nos. 5, 11] are DENIED as moot**.

Dated: September 25, 2024

_____
Cristina D. Silva
United States District Judge