UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Anthony Posey,

Petitioner

v.

Ronald Oliver, et al.,

Respondents

Case No. 2:24-cv-01123-CDS-BNW

**Order Granting Respondents'
Motion to Extend Time**

[ECF No. 73]

In this habeas action, the respondents request an additional 60 days to file their answer to Anthony Posey's petition for a writ of habeas corpus. ECF No. 73. Posey argues that the motion should be denied because the respondents seek a fifth, not first, extension and did not identify extraordinary circumstances that warrant an extension of time. ECF No. 74 at 2–3. It is true I previously granted the respondents four extensions of time to file an initial response to Posey's petition. *See* ECF No. 50. In my order granting the respondents one final extension of time to file an initial response to the petition, I stated, "I will allow a final extension to July 7, 2025, but not permit any additional extension in the absence of extraordinary circumstances." *Id.* The respondents timely filed a motion to dismiss. ECF No. 53. My warning applied only to their initial response to the petition; it does not apply to their request for additional time to answer the petition. I find the request is made in good faith and not solely for the purpose of delay, and good cause exists to grant the motion. Fed. R. Civ. P. 6(b); LR IA 6-1.

I order that the respondents' motion to extend time to file answer to amended petition **[ECF No. 73] is granted**. The respondents have **through July 14, 2026**, to file an answer to the amended petition.

Dated: June 4, 2026

_____
Cristina D. Silva
United States District Judge