UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Anthony Posey,

Petitioner

v.

Ronald Oliver, et al.,

Respondents

Case No. 2:24-cv-01123-CDS-BNW

**Order Granting Respondents' Motion to Extend Time**

[ECF No. 76]

In this habeas action, the respondents filed a second motion seeking an additional 59 days to file their answer to Anthony Posey's amended petition for a writ of habeas corpus. ECF No. 76. Posey opposes the arguing the delay prejudices him, the delay constitutes a tactic, and respondents' counsel fraudulently stated she has been working on the same cases she claimed she was working on when she originally sought an extension of time. ECF No. 77. Posey requests either a shortened extension of time or no further extensions of time. *Id.* Considering the claims in the petition, the circumstances described in the reply brief (ECF No. 78), and the declaration of Christine M. Greven (ECF No. 76 at 2-3), I find the request is not based on fraudulent statements, made for tactical advantage, or unduly prejudicial, and I further find the request is made in good faith and not solely for the purpose of delay, and good cause exists to grant the motion. Fed. R. Civ. P. 6(b); LR IA 6-1.

I order that the respondents' motion for an extension of time to file an answer to the amended petition (second request) **[ECF No. 76] is granted**. The respondents have **through September 11, 2026**, to file an answer to the amended petition.

Dated: July 28, 2026

Cristina D. Silva
United States District Judge